UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, LIFE INSURANCE COMPANY OF NORTH AMERICA VOLUNTARY CALIFORNIA SDI SHORT TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA SHORT TERM DISABILITY PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | **Case No.:** CV 11-9782-GW(RZx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Complaint Filed:   November 23, 2011<br><br><br>JS-6 |

　　Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

DATED: August 1, 2012

_George H. Wu_

Honorable George H. Wu

United States District Judge

-1-